```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000

 5

 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                       EASTERN DISTRICT OF CALIFORNIA
 8

 9

10

11  UNITED STATES OF AMERICA,         )   Case No: 1:11-CR-397
                                      )
12                       Plaintiff,   )
                                      )   ORDER TO **UNSEAL** INDICTMENT
13        v.                          )
                                      )
14                                    )
    JOSEPH GAGE,                      )
15                                    )
                         Defendant.   )
16                                    )
                                      )
17  _____)

18        Upon application of the United States of America and good cause

19  having been shown,

20        IT IS HEREBY ORDERED that the indictment in the above-captioned

21  proceeding be and is hereby unsealed.

22

23  Date: Dec. 12, 2011          _____
                                 Honorable Jennifer L. Thurston
24                               United States Magistrate Judge

25

26

27

28

                                      2
```

```
1   BENJAMIN B. WAGNER
    United States Attorney
2   ELANA S. LANDAU
    Assistant U.S. Attorney
3   2500 Tulare Street
    Fresno, California 93721
4   Telephone: (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,      )
                                   )   Case NO. 1:11-CR-397
12                    Plaintiff,   )
                                   )   REQUEST TO **UNSEAL** INDICTMENT
13       v.                        )
                                   )
14  JOSEPH GAGE,                   )
                                   )
15                    Defendant.   )
                                   )
16  _____)

17

18
         The arrest warrant in the above-captioned proceeding was
19
    executed on November 18, 2011. As a result, there is no need for the
20
    indictment to remain under seal. Accordingly, the United States asks
21
    that the Court order that the indictment be unsealed.
22

23
                                    BENJAMIN B. WAGNER
24                                  United States Attorney

25

26  Date: December 12, 2011        /s/ Elana S. Landau
                                   By: Elana S. Landau
27                                 Assistant United States Attorney

28

                                    1
```