CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:   559-226-1534
FAX:  559412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00397 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JOSEPH GAGE, | |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference in this matter is currently set for January 9, 2012 at 9:00 am. before It is stipulated that this hearing be continued until January 30, 2012 at 9:00 am, to allow defendant to review discovery and evaluate a recently-received plea offer from the government.

It is further stipulated that time is to be excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the defendant the time to review discovery, prepare a defense, and evaluate a pending plea offer from the government,  pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated: January 5, 2012

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                  By    /s/ Elana S. Landau
                                        ELANA LANDAU
                                        Assistant U.S. Attorney
                                        Attorney for the United States
```

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for January 9, 2012 at 9:00 am., be continued to January 30, 2012 at 9:00 am. Further, time excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the defendant the time to review discovery, prepare a defense, and evaluate a pending plea offer from the government, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: January 5, 2012                  _____
                                        CHIEF UNITED STATES DISTRICT JUDGE